## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARIEN BARBER,                          :
    *Petitioner,*                        :
                                        :
v.                                       :    **CIVIL ACTION NO. 13-CV-1636**
                                        :
DANIEL P. BURNS,                        :
    *Respondent.*                        :

## ORDER

**AND NOW**, this **11th day** of **February 2026**, upon review of the docket and consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 1), the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (ECF No. 54), Petitioner's Objections to the Report and Recommendation (ECF No. 79), and after a thorough and independent review of the record, it is **ORDERED** that:

1.    The petitioner's objections are **OVERRULED**;

2.    The Report and Recommendation of Magistrate Judge Hey (ECF No. 54) is **APPROVED** and **ADOPTED**;

3.    The Petition for Writ of *Habeas Corpus* (ECF No. 1) is **DENIED**;

5.    No certificate of appealability will issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

        **BY THE COURT:**

        **/s/ Chad F. Kenney**

        _____

        **CHAD F. KENNEY, JUDGE**